1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MORTEZA ZAKERI,                              No.  2:25-cv-3187 AC

12                   Plaintiff,

13          v.                                     ORDER

14    DEPARTMENT OF JUSTICE, et al.,

15                   Defendants.

16

17          On November 17, 2025, the court issued an order directing respondents to respond to the

18    petition for writ of habeas corpus, and set a briefing schedule.  ECF No. 3.  Respondents sought a

19    modification, which the court granted.  ECF Nos. 8, 9.  Respondents' deadline to file an answer

20    or return was modified to December 5, 2025, and petitioner's deadline to file a reply or traverse

21    was modified to December 12, 2025.  ECF No. 9.

22          On December 5, 2025, respondents filed a motion to dismiss petitioner's writ of habeas

23    corpus petition.  ECF No. 13.  Petitioner has not filed an opposition.

24          On December 22, 2025, mail from the court to petitioner was returned as undeliverable.

25    The returned mail indicated petitioner is not in custody.  The court checked Immigration and

26    Customs Enforcement Online Detainee Location System[1] and was unable to locate petitioner.

27

28    [1]  Available at https://locator.ice.gov/odls/#/search.

1    Accordingly, IT IS HEREBY ORDERED that respondents shall file a status report

2   regarding petitioner's custody, including whether he has been released and/or removed, and if so,

3   when and where.

4   DATED:  December 29, 2025

5

6   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28