UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORTEZA ZAKERI, | No. 2:25-cv-3187 AC |
| Petitioner, | |
| v. | ORDER |
| DEPARTMENT OF JUSTICE, et al., | |
| Respondents. | |

On December 5, 2025, respondents filed a motion to dismiss. ECF No. 15. On December 29, 2025, the court received a filing from petitioner, which consists of twelve pages of documents with no explanation of what they are, why he submitted them, and/or whether this constitutes his response to respondents' motion to dismiss. See ECF No. 17. Good cause appearing, IT IS HEREBY ORDERED that within thirty (30) days after the service of this order, petitioner shall file and serve an opposition to respondents' motion to dismiss or a statement of non-opposition. The document should be labeled "Opposition" or "Statement of Non-opposition" to Respondents' Motion to Dismiss. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: January 5, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE